

## United States District Court
## Eastern District of California

| Yuriy KRIVOSHEY | |
|---|---|
Plaintiff(s)

Case Number: | 1:26-cv-04341-DJC-SCR |

V.

| Markwayne Mullin, Sec of the DHS, et al | |
|---|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

David F. Vedder                                     hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Yuriy KRIVOSHEY

On _____09/28/1978_____ (date), I was admitted to practice and presently in good standing in the

_____Florida Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____06/08/2026_____    Signature of Applicant: /s/ ___David F. Vedder_____

U.S. District Court – Pro Hac Vice Application and Order                                              Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: David F. Vedder

Law Firm Name: Vedder & Jattan, P.A.

Address: 1651 N Clyde Morris Blvd Suite 2

City: Daytona Beach    State: FL    Zip: 32117

Phone Number w/Area Code: (386) 274-0044

City and State of Residence: Daytona Beach, Florida, USA

Primary E-mail Address: DVedder@TheImmigrationFirm.Us

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Manpreet S. Gahra

Law Firm Name: Law Offices of Gahra & Goswami

Address: 5820 Stoneridge Mall Rd, Ste 200

City: Pleasanton    State: CA    Zip: 94588

Phone Number w/Area Code: (510) 634-9412    Bar # 194617

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 11, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE