UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIY KRIVOSHEY (A# 071-300-677), | No.  1:26-cv-4341 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. July 10, 2026) are adopted in full.

2.    Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED.

3.    Respondents are directed to immediately release Petitioner YURIY KRIVOSHEY (A# 071-300-677) on the same conditions of release in place at the time of his re-detention in July 2025.

4.    Respondent is directed to file a notice of compliance within three (3) days of any order adopting these findings and recommendations.

5.    The Clerk of the Court is directed to:

a.  Serve the California City Correctional Facility with a copy of this order; and

b.  Enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:   **July 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2